IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MAINS, *et al.*, : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-00112-JMG |
| : | |
| THE SHERWIN-WILLIAMS COMPANY, : | |
| d/b/a THE THOMPSON'S COMPANY, : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 7th day of April, 2021, upon consideration of Defendant's Motion to Enter Confidentiality and Protective Order (ECF No. 13), Plaintiffs' Response in Opposition (ECF No. 14), Defendant's Response in Support of the Motion to Enter Confidentiality and Protective Order (ECF No. 18), Plaintiffs' Motion to Quash Subpoena (ECF No. 20), and Defendant's Response in Opposition (ECF No. 22), **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Enter Confidentiality and Protective Order (ECF No. 13) is **GRANTED in part**. The Court will issue an appropriate protective order.

2. Plaintiffs' Motion to Quash Subpoena (ECF No. 20) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge