IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT AND ANDREA MAINS**<br>**Plaintiffs**<br>v.<br>**THE SHERWIN-WILLIAMS COMPANY, dba**<br>**THE THOMPSON'S COMPANY**<br>**Defendants** | Civil Action No: 5:20-cv-00112-EGS |

## PRAECIPE TO WITHDRAW AFFIDAVIT

Kindly withdraw, remove, and permanently restrict from the docket the Affidavit (ECF Doc. 38) filed by Plaintiff in the above referenced matter on November 18, 2021.

de LUCA LEVINE LLC

BY: _____
**KENNETH T. LEVINE**
PA ID: 84035
Three Valley Square, Suite 220 Blue Bell, PA 19422
215-383-0081
215-383-0082 (fax)
klevine@delucalevine.com
**ATTORNEYS FOR PLAINTIFFS**

**Dated:** December 7, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT AND ANDREA MAINS**<br>**Plaintiffs**<br>v.<br><br>**THE SHERWIN-WILLIAMS COMPANY, dba**<br>**THE THOMPSON'S COMPANY**<br>**Defendants** | Civil Action No:  5:20-cv-00112-EGS |

### CERTIFICATE OF SERVICE

I, KENNETH T. LEVINE, hereby certify that a true and correct copy of the Praecipe to Withdraw was served on December 7, 2021, upon counsel of record by ECF filing.

de LUCA LEVINE LLC

BY: _____
**KENNETH T. LEVINE**
PA ID: 84035
Three Valley Square, Suite 220 Blue Bell, PA 19422
215-383-0081
215-383-0082 (fax)
klevine@delucalevine.com
**ATTORNEYS FOR PLAINTIFFS**