**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SCOTT AND ANDREA MAINS,**<br>    **Plaintiffs**<br>    **v.**<br><br>**THE SHERWIN-WILLIAMS COMPANY**,<br>    **Defendant** | Case No.  5:20-cv-00112-JMG |

# ORDER

**AND NOW**, this _____ day of _____ , 2022, upon consideration of Plaintiffs' Praecipe to Withdraw, it is hereby **ORDERED** and **DECREED** that said Praecipe is **GRANTED**. Plaintiffs' Exhibit "C" to the Motion to Compel (ECF Doc. 53) shall be permanently restricted and/or removed from the docket and no longer accessible to the public.

BY THE COURT:

_____
**John M. Gallagher**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT AND ANDREA MAINS**<br>**Plaintiffs**<br>v.<br>**THE SHERWIN-WILLIAMS COMPANY, dba**<br>**THE THOMPSON'S COMPANY**<br>**Defendants** | **Civil Action No: 5:20-cv-00112-EGS** |

### PRAECIPE TO WITHDRAW AFFIDAVIT

Kindly withdraw, remove, and permanently restrict from the docket Exhibit "C" to Plaintiff's Motion to Compel (ECF Doc. 53) filed by Plaintiff in the above referenced matter on January 27, 2022.

                    de LUCA LEVINE LLC

BY: _/s/ Kenneth T. Levine_
      **KENNETH T. LEVINE**
      PA ID: 84035
      Three Valley Square, Suite 220 Blue Bell, PA 19422
      215-383-0081
      215-383-0082 (fax)
      klevine@delucalevine.com
      **ATTORNEYS FOR PLAINTIFFS**

**Dated:** January 27, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SCOTT AND ANDREA MAINS**<br>**Plaintiffs**<br>v.<br><br>**THE SHERWIN-WILLIAMS COMPANY, dba**<br>**THE THOMPSON'S COMPANY**<br>**Defendants** | **Civil Action No:  5:20-cv-00112-EGS** |

### CERTIFICATE OF SERVICE

I, KENNETH T. LEVINE, hereby certify that a true and correct copy of the Praecipe to Withdraw was served on January 27, 2022, upon counsel of record by ECF filing.

de LUCA LEVINE LLC

BY: _____
**KENNETH T. LEVINE**
PA ID: 84035
Three Valley Square, Suite 220 Blue Bell, PA 19422
215-383-0081
215-383-0082 (fax)
klevine@delucalevine.com
**ATTORNEYS FOR PLAINTIFFS**