IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MAINS, *et al.*, : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil No. 5:20-cv-00112-JMG |
| : | |
| THE SHERWIN-WILLIAMS COMPANY, : | |
| d/b/a THE THOMPSON'S COMPANY, : | |
|     Defendant. : | |

**ORDER**

**AND NOW**, this 6th day of May, 2022, upon consideration of Defendant's Motion for Sanctions (ECF No. 62), Plaintiffs' Response (ECF No. 63), Defendant's Reply (ECF No. 67), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion (ECF No. 62) is **GRANTED in part** as follows:

1. Discovery in this matter concerning issues related to product composition is **HEREBY CLOSED.**

2. Within twenty (20) days of this Order, Sherwin-Williams **SHALL SUBMIT** to the Court evidence to assess the reasonable fees and costs associated with bringing this matter to the Court's attention. Plaintiffs and their counsel shall file their response in opposition (limited to the question of reasonableness only) within ten (10) days of Sherwin-Williams' submission.

3. Moving forward, Plaintiffs' counsel **SHALL SUBMIT** all future court filings to Defendant's counsel one day before such papers are filed to ensure there are no future violations of the confidentiality and protective order.

2

4. Any future violation of the confidentiality and protective order on the part of Plaintiffs or their counsel **SHALL** result in the immediate dismissal of this case **WITH PREJUDICE.**

                BY THE COURT:

                */s/ John M. Gallagher*
                JOHN M. GALLAGHER
                United States District Court Judge