# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MAINS, *et al.*, : <br>         Plaintiffs, : <br> : <br>         v. : <br> : <br> THE SHERWIN-WILLIAMS COMPANY, : <br> d/b/a THE THOMPSON'S COMPANY, : <br>         Defendant. : | Civil No. 5:20-cv-00112-JMG |

**ORDER**

**AND NOW**, this 28th day of June, 2022, this matter having come before the Court upon the petition of Defendant for fees and costs (ECF No. 72); the Court having reviewed Defendant's submissions and Plaintiff's objections thereto; for the reasons stated in the accompanying Memorandum Opinion; and for good cause shown, **IT IS HEREBY ORDERED** that $21,549 in attorneys' fees incurred by Defendant's counsel are reasonable. **IT IS FURTHER ORDERED** that Plaintiffs' counsel shall pay to Defendant $21,549 for such fees within thirty (30) days of the date of this Order.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge