IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT MAINS, *et al.*, | : |
|         Plaintiffs, | : |
| | : |
|     v. | :    Civil No. 5:20-cv-00112-JMG |
| | : |
| THE SHERWIN-WILLIAMS COMPANY, | : |
| d/b/a THE THOMPSON'S COMPANY, | : |
|         Defendant. | : |

**ORDER**

**AND NOW**, this 10th day of November, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 85), Plaintiffs' Opposition to the Motion for Summary Judgment (ECF No. 88), Defendant's Reply in Support of the Motion for Summary Judgment (ECF No. 91), any exhibits attached thereto, and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 85) is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment is **ENTERED** in favor of Defendant and against Plaintiffs.

The Clerk of Court is **DIRECTED** to mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge